AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▾

| | | |
|---|---|---|
| International Refugee Assistance Project | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-10096 |
| United States Citizenship and Immigration Services | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

International Refugee Assistance Project                                              .

Date:     12/04/2025

/s/Ghita Schwarz
*Attorney's signature*

Ghita Schwarz (Bar # 3030087)
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, 33rd Floor
New York, NY 10004
*Address*

gschwarz@refugeerights.org
*E-mail address*

(646) 939-9169
*Telephone number*

(929) 999-8119
*FAX number*