AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| International Refugee Assistance Project | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-10096 |
| U.S. Citizenship and Immigration Services | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

International Refugee Assistance Project                                                    .

Date:     12/4/2025

s/ Mevlüde Akay Alp
*Attorney's signature*

Mevlüde Akay Alp (Bar No. 5149653)
*Printed name and bar number*

International Refugee Assistance Project
One Battery Park Plaza, Fl 33
New York, NY 10004
*Address*

makayalp@refugeerights.org
*E-mail address*

6469889876
*Telephone number*

(929) 999-8119
*FAX number*

Print     Save As...     Reset