## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL REFUGEE ASSISTANCE PROJECT, <br><br>     Plaintiff, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES <br><br>     Defendant. | **Case No. 1:25-cv-10096-ALC** <br><br> **Related Case No. 1:25-cv-04900-ALC** |

**AFFIDAVIT OF SERVICE**

I, Paula Pacheco Soto, upon my personal knowledge, hereby declare as follows:

1.  I am a litigation coordinator employed by the International Refugee Assistance Project, whose attorneys represent the Plaintiff in this matter. I am over the age of eighteen years, am not a party to this action, and have personal knowledge of the facts contained herein.

2.  On December 18, 2025, I served the following document(s) described as: the complaint, civil cover sheet, corporate disclosure statements and summonses issued as to U.S. Citizenship and Immigration to the following parties by USPS certified mail:

U.S. ATTORNEY GENERAL
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

U.S. ATTORNEY,
SOUTHERN DISTRICT OF NEW YORK
Civil Process Clerk
86 Chambers Street
3rd Floor, New York, NY 10007

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
5900 Capital Gateway Drive
Mail Stop 2120,
Camp Springs, MD 20588-0009

3.     True and correct copies of certified mail receipts from the U.S. Postal Service are attached as Exhibit A.

4.     True and correct copies of delivery confirmation from the U.S. Postal Service are attached as Exhibit B.


I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct.

Executed in Brooklyn, New York on December 22, 2025

_____
Paula Pacheco Soto