# EXHIBIT B



Pedro Sepulveda <psepulveda@refugeerights.org>

## USPS® Item Delivered, Front Desk/Reception/Mail Room 9589071052701874149014

1 message

**auto-reply@usps.com** <auto-reply@usps.com>  Mon, Dec 22, 2025 at 3:56 PM
To: psepulveda@refugeerights.org



Hello **Pedro Sepulveda**,

Your item was delivered to the front desk, reception area, or mail room at 2:11 pm on December 22, 2025 in NEW YORK, NY 10007.

Tracking Number: **9589071052701874149014**

### Delivered, Front Desk/Reception/Mail Room



**Tracking & Delivery Options**

**My Account**



Pedro Sepulveda <psepulveda@refugeerights.org>

**USPS® Item Delivered, Individual Picked Up at Post Office 9589071052701874148963**
1 message

**auto-reply@usps.com** <auto-reply@usps.com>　　　　　　　　　　　　Mon, Dec 22, 2025 at 3:56 PM
To: psepulveda@refugeerights.org



Hello **Pedro Sepulveda**,

Your item was picked up at the post office at 4:46 am on December 22, 2025 in WASHINGTON, DC 20530.

Tracking Number: **9589071052701874148963**

**Delivered, Individual Picked Up at Post Office**



**Tracking & Delivery Options**

**My Account**



Pedro Sepulveda <psepulveda@refugeerights.org>

**USPS® Item Delivered, Left with Individual 9589071052701874149021**
1 message

**auto-reply@usps.com** <auto-reply@usps.com>  Mon, Dec 22, 2025 at 3:56 PM
To: psepulveda@refugeerights.org



Hello **Pedro Sepulveda**,

Your item was delivered to an individual at the address at 9:23 am on December 22, 2025 in WASHINGTON, DC 20529.

Tracking Number: **9589071052701874149021**

**Delivered, Left with Individual**



**Tracking & Delivery Options**

**My Account**